# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street• Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

*Via Electronic Filing*
The Honorable Richard A. Lanzillo, U.S.M. J.
U.S. District Court, Western District of Pennsylvania
17 South Park Row
Erie, PA 16501

        Re:    *Murphy v. The Tot Baby Corporation*
                  Case No.: 1:21-cv-00209-RAL

Dear Honorable Magistrate Judge Lanzillo:

    This law firm represents Defendant The Tot Baby Corporation (the "Defendant") in the above-referenced action.

    Pursuant to Your Honor's Individual Motion Practice Rules III(A)(3), and III(A)(4), this letter respectfully serves as a joint request to schedule a virtual settlement conference before Your Honor at a date and time set by the Court, preferably before the New Year. Defendant will provide a substantive response and counter-offer to Plaintiff's pending demand prior to the settlement conference.

    If granted, this request would necessitate an extension of Defendant's deadline to respond to Plaintiff's Complaint from November 30, 2021 to, through and including, ten (10) days after the scheduling of a virtual settlement conference.

    We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                                Respectfully submitted,

                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                              By: */s/ Jason Mizrahi*
                                  Jason Mizrahi
                                  60 East 42nd Street, Suite 4747
                                  New York, NY 10170
                                  Tel. No.: (212) 792-0048
                                  Email: Jason@levinepstein.com
                                  *Attorneys for Defendant*

VIA ECF: All Counsel